# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2335
Fax: (252) 758-8570

DATE: October 29, 2021

FROM: Taron N. Seburn
U.S. Probation Officer

SUBJECT: Belvin Pressley
Docket No.: 5:18-CR-520-3-D
Request to Travel Outside the United States

TO: The Honorable James C. Dever III
U.S. District Judge

On November 5, 2020, the above-captioned individual plead guilty to Conspiracy to Produce, Use, and Traffic in Counterfeit Access Devices and Produce, Use, and Traffic in Counterfeit Access Devices, in violation of 18 U.S.C. § 1029(b)(2), 18 U.S.C. § 1029(c)(1)(A)(i), 18 U.S.C. § 1029(a)(1), and U.S.C. § 1029(c)(1)(A)(i). Belvin Pressley was imprisoned until 4:30 p.m. on November 5, 2020, at 310 New Bern Avenue, Raleigh, NC 27601, with a 3-year term of supervised release to follow. Pressley was ordered to pay a $200 special assessment, and comply with the following special conditions of supervision:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program for mental health treatment as directed by the U.S. Probation Officer.

3. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. The defendant must make restitution in accordance with 18 US.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.

Pressley is requesting to travel on a cruise to Jamaica and the Grand Cayman Islands between the dates of December 4, 2021, and December 9, 2021. National policy requires that travel outside the United States be approved by the court. We do not object to this requested travel as the defendant is in compliance. Please indicate your preference below and return it to our office. If you have any questions, please contact the undersigned officer at (252) 830-2335.

Belvin Pressley
Docket No.: 5:18-CR-520-3-D
Request to Travel Outside the United States

Reviewed and approved:                              Respectfully submitted,

/s/Dewayne L. Smith                                 /s/Taron N. Seburn
Dewayne L. Smith                                    Taron N. Seburn
Supervising U.S. Probation Officer                  U.S. Probation Officer

✓ Permission is granted for travel outside the United States.

___ Permission for travel outside the United States is denied.

_/s/ Dever_____                                 __11/1/21__
James C. Dever III                                  Date
U.S. District Judge